# Third District Court of Appeal

## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-788
Lower Tribunal No. F21-17664

_____

**The State of Florida,**
Appellant,

vs.

**Carlos Estrada,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellant.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellee.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Johnson v. State</u>, 858 So. 2d 1071, 1072 (Fla. 3d DCA 2003) ("While spitting on a law enforcement officer amounts to an unwanted touching, it does not amount to the use or threat of use of physical force or violence.").